IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE LEBOON,<br><br>        *Plaintiff*,<br><br>   v.<br><br>ZURICH AMERICAN INS. CO., *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 15-05904 |

## ORDER

**AND NOW**, this 18th day of April, 2016, upon consideration of Defendant Zurich American Insurance Company's ("Zurich") motion to dismiss (ECF No. 8), Plaintiff Steve Leboon's motions for sanctions (ECF Nos. 9, 12), and Zurich's opposition (ECF Nos. 10, 13), it is hereby **ORDERED** that:

- Zurich's motion to dismiss (ECF No. 8) is **GRANTED** and Leboon's Complaint is **DISMISSED WITH PREJUDICE**;
- Leboon's motions for sanctions (ECF Nos. 9, 12) are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J

1